[No. 4792.   Decided November 23, 1903.]

F. H. HAWTHORN *et al.*, *Appellants*, v. WASHINGTON & GREAT WESTERN RAILWAY COMPANY, *Respondent*.[1]

Appeal from a judgment of the superior court for Ferry county, Neal, J. Dismissed.

*Peter McPherson*, for appellants.

*M. J. Gordon* and *C. A. Murray*, for respondent.

PER CURIAM.—Respondent moves to dismiss the appeal in this case for the reason that the bond, which purports to be both an appeal and stay bond, is not in double the amount of the judgment and $200, the amount required to be given on an appeal bond. An examination of the bond brings the case within the rule announced in *Town of Sumner v. Rogers*, 21 Wash. 361, 58 Pac. 214, and the uniform rulings of this court since. The motion will be sustained and the cause dismissed.

[1]Reported in 74 Pac. 1135.